UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
        v.                              )          Criminal Action No. 99-0043 (PLF)
                                        )
JOSE MARQUEZ,                           )
                                        )
        Defendant.                      )
_____)

ORDER

This matter is before the Court on defendant Jose Marquez's claim that he received ineffective assistance of counsel at trial. The court of appeals remanded the ineffective assistance of counsel issue to this Court in order for this Court to develop a "more complete record." See United States v. Marquez, No. 05-2112 at 2 (D.C. Cir. May 2, 2006). The Court has done so and, for the reasons explained in the Opinion issued this same day, has concluded that Mr. Marquez's trial counsel was constitutionally ineffective and that Mr. Marquez is entitled to a new trial. The remand order instructed this Court to notify the court of appeals promptly upon the conclusion of the proceedings on remand and directed the parties to file motions in the court of appeals to govern future proceedings within thirty days. See id. at 3. Accordingly, it is hereby

ORDERED that the Clerk of this Court is directed promptly to notify the Clerk of the court of appeals of this Order and accompanying Opinion and to provide a copy to him.

                                        /s/_____
                                        PAUL L. FRIEDMAN
DATE: August 28, 2009                   United States District Judge